**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| DIOCELYN BATISTA, | : | |
| Plaintiff, | : | 18-CV-7681 (CM) (OTW) |
| -against- | : | **ORDER** |
| IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC., et al., | : | |
| Defendants. | : | |

---

**ONA T. WANG**, **United States Magistrate Judge:**

A settlement conference was held in this matter on May 7, 2020. Parties are directed to meet and confer and file a joint status letter by **May 22, 2020** detailing how they wish to proceed.

**SO ORDERED.**

Dated: May 7, 2020
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge