UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X

Diocelyn Batista,

                Plaintiff,

  -against-

Iron Mountain Information Management Services, Inc.,

                Defendant(s).
-----------------------------------------------------X

No. 18 Civ. 7681 (CM)

**TRIAL NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/2022

      Please take notice that the above captioned matter is on the list of cases to be tried during the second quarter of 2022. This matter has been assigned a trial date – it is a backup case that has been scheduled in the event that other cases currently scheduled for trial are resolved. Parties should be prepared to commence trial as early as Monday, **April 18, 2022 at 9:30 a.m.** and may be called at any time thereafter to appear for jury selection and trial. A final pre-trial conference will scheduled shortly.

      Any scheduling difficulties must be brought to the attention of the Court in writing.

Dated: March 4, 2022
       New York, New York

                                          United States District Judge

                                          So Ordered