UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Diocelyn Batista,

                Plaintiff,

    -against-

Iron Mountain Information Services, Inc.,

                Defendant(s).
-------------------------------------------------------X

No. 18 Civ. 7681 (CM)

**AMENDED TRIAL NOTICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2022

      Please take notice that the above captioned matter has been scheduled to be tried during the fourth quarter of 2022. A final pre-trial conference has been scheduled for Thursday, October 27, 2022 at 11:00 a.m. The matter has been assigned a trial date of **Wednesday, November 9, 2022 at 9:30 a.m., in courtroom 24A, at the U. S. District Courthouse, 500 Pearl Street, New York, New York 10007.** Parties are directed to file all trial documents required by Judge McMahon's Individual Practices. Courtesy copies of trial papers should be provided to chambers via mail or they can be hand delivered. This is a firm date. No adjournments will be granted.

Dated: May 4, 2022
       New York, New York

                                          _____
                                          United States District Judge

                                                So Ordered