UNITED STATES DISTRICT COURT  (al-1316)
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
DIOCELYN BATISTA,

                Civil Action No.:
                7:18-cv-07681-CM

        Plaintiff,

  -against-

                NOTICE OF MOTION

IRON MOUNTAIN INFORMATION MANAGEMENT
SERVICES, INC. and ROBERT E. GOINS,

        Defendants.
-------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/27/2022

**MEMO ENDORSED**

| | |
|---|---|
| **MOTION BY:** | Defendant Iron Mountain Information Management Services, Inc. and Robert E. Goins |
| **SUPPORTING PAPERS:** | Declaration in Support of Defendants' Motion *in Limine*, dated May 6, 2022, all exhibits annexed thereto; supporting Memorandum of Law; and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | At the United States District Court, Southern District of New York, at the Courthouse thereof, located at: 500 Pearl Street, New York, New York 10007-2550 before The Honorable Judge McMahon on a date to be determined by the Court. |
| **RELIEF SOUGHT:** | An Order pursuant to Federal Rules of Evidence, Federal Rules of Civil Procedure, and Local Rule 7.1, precluding plaintiff from introducing medical records at trial; and granting such other and further relief as this Court may deem just and proper. |
| **ANSWERING PAPERS:** | Pursuant to the Judge's Rules, answering papers, if any, are required to be served within five (5) days of this filing. |

9/26/2022

The motion is DENIED. Defendant plans to rely on plaintiff's medical records and they [were] not suggested [during] discovery. Of course the medical records may contain hearsay and both parties need to be prepared to make appropriate rebuttal [objections].

Dated: Hauppauge, New York
May 6, 2022

Respectfully submitted,
SIMMONS JANNACE DELUCA, LLP

By: _____
Allison C. Leibowitz
Attorneys for Defendants IRON
MOUNTAIN INFORMATION MANAGEMENT
SERVICES, INC. and ROBERT E. GOINS
**Office & P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788
(631) 873-4888

TO: JenniElena Rubino, Esq.
RUBINO LAW FIRM, P.C.
Attorneys for Plaintiff
**Office & P.O. Address:**
P.O. Box 867
Yonkers, New York 10702
(212) 682-2375

599076

2