UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(al-1316)

------------------------------------x
DIOCELYN BATISTA,

                Plaintiff,

Civil Action No.:
7:18-cv-07681-CM

    -against-

**NOTICE OF MOTION**

IRON MOUNTAIN INFORMATION MANAGEMENT
SERVICES, INC. and ROBERT E. GOINS,

                Defendants.
------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/2022

**MOTION BY:** Defendant Iron Mountain Information Management Services, Inc. and Robert E. Goins

**SUPPORTING PAPERS:** Declaration in Support of Defendants; Motion *in Limine*, dated May 6, 2022, all exhibits annexed thereto; supporting Memorandum of Law; and all prior pleadings and proceedings heretofore had herein.

**RETURN DATE, TIME AND PLACE:** At the United States District Court, Southern District of New York, at the Courthouse thereof, located at: 500 Pearl Street, New York, New York 10007-2550 before The Honorable Judge McMahon on a date to be determined by the Court.

**RELIEF SOUGHT:** An Order pursuant to Federal Rules of Evidence, Federal Rules of Civil Procedure 30(e), and Local Rule 7.1, <u>striking the Errata Sheet</u> and precluding plaintiff from making changes to his deposition transcript; and granting such other and further relief as this Court may deem just and proper.

**ANSWERING PAPERS:** Pursuant to the Judge's Rules, answering papers, if any, are required to be served within five (5) days of this filing.

MEMO ENDORSED

9/26/2021 Motion denied. Defendant could have asked for an additional EBT when plaintiff filed the errata sheet. But you can cross on this.

Dated: Hauppauge, New York
May 6, 2022

Respectfully submitted,

SIMMONS JANNACE DELUCA, LLP

By: _____
Allison C. Leibowitz
Attorneys for Defendants IRON
MOUNTAIN INFORMATION MANAGEMENT
SERVICES, INC. and ROBERT E. GOINS
**Office & P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788
(631) 873-4888

TO: JenniElena Rubino, Esq.
RUBINO LAW FIRM, P.C.
Attorneys for Plaintiff
**Office & P.O. Address:**
P.O. Box 867
Yonkers, New York 10702
(212) 682-2375

606046