UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

(al-1316)

------------------------------------x

DIOCELYN BATISTA,

                Plaintiff,

-against-

IRON MOUNTAIN INFORMATION MANAGEMENT
SERVICES, INC. and ROBERT E. GOINS,

                Defendants.

------------------------------------x

Civil Action No.:
7:18-cv-07681-CM

**NOTICE OF MOTION**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/27/2022

**MEMO ENDORSED**

| | |
|---|---|
| **MOTION BY:** | Defendant Iron Mountain Information Management Services, Inc. And Robert E. Goins |
| **SUPPORTING PAPERS:** | Declaration in Support of Defendants' Motion *in Limine*, dated May 6, 2022, all exhibits annexed thereto; supporting Memorandum of Law; and all prior pleadings and proceedings heretofore had herein. |
| **RETURN DATE, TIME AND PLACE:** | At the United States District Court, Southern District of New York, at the Courthouse thereof, located at: 500 Pearl Street, New York, New York 10007-2550 before The Honorable Judge McMahon on a date to be determined by the Court. |
| **RELIEF SOUGHT:** | An Order pursuant to Federal Rules of Evidence, Federal Rules of Civil Procedure 26(a) and Local Rule 7.1, precluding plaintiffs' expert Scott Haig, M.D. from offering any testimony, reports or opinions at trial; and granting such other and further relief as this Court may deem just and proper. |
| **ANSWERING PAPERS:** | Pursuant to the Judge's Rules, answering papers, if any, are required to be served within five (5) days of this filing. |

[Handwritten annotations:]

9/26/2022 Although plaintiff disclosed his expert a couple of months late + that occurred in 2019, defendant + plaintiff's notice of plaintiff's expert of these years and/ and the court has responded dismay for a deposition of [signature] [...] plaintiff's treating Dr. [...] plaintiff's car and [...] physicians an audit of [...] to his opinions

under FRE 701.
Motion denied. Colleen McMahon

Dated: Hauppauge, New York
May 6, 2022

Respectfully submitted,
SIMMONS JANNACE DELUCA, LLP

By: _____
Allison C. Leibowitz
Attorneys for Defendants IRON MOUNTAIN INFORMATION MANAGEMENT SERVICES, INC. and ROBERT E. GOINS
**Office & P.O. Address**:
43 Corporate Drive
Hauppauge, New York 11788
(631) 873-4888

TO: JenniElena Rubino, Esq.
RUBINO LAW FIRM, P.C.
Attorneys for Plaintiff
**Office & P.O. Address**:
P.O. Box 867
Yonkers, New York 10702
(212) 682-2375

588169

2