UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X

Diocelyn Batista
   Plaintiff,

v.                  18-cv-7681 (CM)

Iron Mountain Information Management Services Inc.,

   Defendant.
―――――――――――――――――――――――X

## ORDER

McMahon, J.:

  The Clerk of Court is respectfully directed to remove the motions at Docket Number 59, 63, 67 and 71 from the Court's list of open motions.

Dated: September 27, 2022

                      /s/ Colleen McMahon
                         U.S.D.J.

BY ECF TO ALL COUNSEL