UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DIOCELYN BATISTA,

        Plaintiff,

v.

IRON MOUNTAIN INFORMATION
MANAGEMENT SERVICES, INC. and ROBERT
E. GOINS,

        Defendant.

--------------------------------------------------------------X

18-cv-07681 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022

## ORDER

McMahon, J.:

    Next week's final pretrial conference is currently scheduled for October 27, 2022. The parties are advised that the final pretrial conference will begin promptly at **11:00am** in Courtroom 24A of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street.

    As the parties' proposed pre-trial order was filed on February 11, 2020 (Dkt. No. 28), the parties are directed to file an updated pre-trial order with any changes to the witness lists and exhibit lists (as well as objections to the exhibits) no later than **Tuesday, October 25**. The parties are also directed to send hard copies of the exhibits to Chambers by the same date.

Dated: October 19, 2022

                                                        _____
                                                                    U.S.D.J.

BY ECF TO ALL COUNSEL